ARD/USAO#2016R00373

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 AUG 18 PM 12:40

CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWARD TILLINGHAST,**<br><br>**Defendant.** | **CRIMINAL NO.** ELH-16-0417<br><br>**(Production of Child Pornography, 18 U.S.C. § 2251(a); Receipt of Child Pornography, 18 U.S.C. §§ 2252(a)(2), (b)(1); Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2); Aiding and Abetting, 18 U.S.C. § 2, Forfeiture, 18 U.S.C. § 2253)** |

## INDICTMENT

### COUNT ONE
(Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On a date between June 2015 and February 2016, the exact date being unknown to the Grand Jury, in the District of Maryland, the defendant,

**EDWARD TILLINGHAST,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know, that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, which visual depiction had been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer that is, the defendant produced a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, an image entitled "DSCN0038.jpg" that

depicts Jane Doe 1, a minor female, lying on a bed naked with her arms across her chest and legs spread exposing her genitalia. Jane Doe is also using her right hand to manipulate her genitalia.

18 U.S.C. § 2251(a)

## COUNT TWO

(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 10, 2009, in the District of Maryland, the defendant,

**EDWARD TILLINGHAST,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction being of such conduct, that is, the defendant received a visual depiction of a minor engaging in sexually explicit conduct including, but not limited to, a file with the following title: "10 yr fuck little girl.mpg," a video that is approximately one minute and 9 seconds long and depicts an erect adult male penis penetrating the vagina of a prepubescent female.

18 U.S.C. §§ 2252(a)(2), (b)(1)
18 U.S.C. § 2

## COUNT THREE
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 18, 2010, in the District of Maryland, the defendant,

**EDWARD TILLINGHAST,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction being of such conduct, that is, the defendant received a visual depiction of a minor engaging in sexually explicit conduct including, but not limited to, a file with the following title: "10yr old loli(2).mpg," a video that is approximately 27 second long and initially depicts a naked prepubescent female performing oral sex on an adult male. The video then depicts a naked prepubescent female lying on a bed with her knees bent wearing only white socks and a hand manipulating her genitalia that is exposed to the camera.

18 U.S.C. §§ 2252(a)(2), (b)(1)
18 U.S.C. § 2

## COUNT FOUR

(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 17, 2016, in the District of Maryland, the defendant,

**EDWARD TILLINGHAST,**

did knowingly possess and knowingly access with intent to view any material that contained a visual depiction of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which depicted a prepubescent minor or a minor who had not attained 12 years of age and had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Compaq Presario V2000 laptop, s/n: CNF6280FD7, made in China, containing a 80GB Fujitsu hard disk drive, s/n: NS90T652E8GY, made in Thailand, that contained one or more visual depictions of one or more minors, to include one or more images of prepubescent minors, engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)
18 U.S.C. § 2

**COUNT FIVE**
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 17, 2016, in the District of Maryland, the defendant,

**EDWARD TILLINGHAST,**

did knowingly possess and knowingly access with intent to view any material that contained a visual depiction of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which depicted a prepubescent minor or a minor who had not attained 12 years of age and had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess an 8GB Centon SDHC card, made in China, that contained one or more visual depictions of a minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Five of this Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Five of the Indictment in this case, the defendant,

**EDWARD TILLINGHAST,**

shall forfeit to the United States his interest in all property, real and personal, (1) that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Five, and any property traceable to such property, including but not limited to the following:

a. One (1) Compaq Presario V2000 laptop, s/n: CNF6280FD7, made in China, containing a Fujitsu 80GB hard disk drive, s/n: NS90T652E8GY, made in Thailand; and
b. One (1) 8GB Centon SDHC card, made in China.

as well as any property used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, or (2) that constitutes or traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offense in Counts One through Five.

18 U.S.C. §§ 2253, 2428

Rod Rosenstein/AW

Rod J. Rosenstein
United States Attorney

A TRUE BILL

SIGNATURE REDACTED

Foreperson
Date: August 18, 2016