**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Ayn B. Ducao*
*Assistant United States Attorney*
*Ayn.Ducao@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4819*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

June 2, 2017

The Honorable Ellen L. Hollander
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

Re: United States v. Edward Tillinghast
Criminal No. ELH-16-0417

Dear Judge Hollander:

I write in advance of the sentencing scheduled in this case for June 5, 2017 regarding a restitution request by the "primary victim" who is the subject of Count One of the Indictment, to which the Defendant pled guilty. I am advised that, after consultation with attorneys, therapists and the Child Advocacy Center in her area, the mother of the "primary victim" believes that restitution for the primary victim should be $35,000.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: ____/s/________________________
Ayn B. Ducao
Assistant United States Attorney

Cc: Lucius Turner Outlaw III, Esquire (counsel for the Defendant) (via ECF filing and electronic mail)